**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

LEE F. KENNEDY

    VS                                CASE NO. 3:08cv389/MCR/MD

MIKE ADKINSON

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on <u>December 24, 2009</u>
Type of Motion/Pleading: <u>PLAINTIFF'S REQUEST THAT THE COURT ORDER DEFENDANT TO COMPLETE FORM 1.977</u>
Filed by: <u>PLAINTIFF</u> on <u>12/14/09</u> Document <u>56</u>
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                               on _____ Doc.# _____
                                               on _____ Doc.# _____
                                               WILLIAM M. McCOOL, CLERK OF COURT

                                               <u>/s/ Elizabeth Cooley</u>
                                               Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 30th day of December, 2009, that:

(a)    The requested relief is GRANTED.

(b)    Plaintiff's counsel shall immediately provide Form 1.977 to the defendant, who must answer it completely, under oath, and return the original to plaintiff's counsel no later then January 29, 2010.

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE