# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

LEE F. KENNEDY,
      **Plaintiff,**

vs.                                     No.  3:08cv389/MCR/MD

MIKE ADKINSON,
      **Defendant.**

_____

## REPORT AND RECOMMENDATION

      This case was referred to the undersigned to determine the plaintiff's entitlement to attorneys' fees. (Doc. 77). The defendant failed to respond to the plaintiff's motion to determine entitlement to fees (doc. 61), thus leaving the issue of whether the plaintiff is entitled to fees undisputed. The undersigned entered an order directing the plaintiff to submit appropriate affidavits and time records in support of her fee request, and afforded the defendant fourteen (14) days to contest the amount sought. (Doc. 83). Defendant was expressly advised that failure to respond would be treated as default. (*Id.*) Plaintiff has filed a motion for attorneys' fees and costs along with two supporting affidavits, as directed. (Docs. 87, 88, 89). Defendant has not responded. After review of the plaintiff's fee request, the court finds that plaintiff's request is reasonable.

      Accordingly, it is respectfully RECOMMENDED:

      That plaintiff's motion for entry of award of attorney's fees and legal expenses and incorporated memorandum of law (doc. 87) be GRANTED, and that the court

enter an award of attorneys' fees in the amount of $30,638.25 and costs in the amount of $1,435.05 for a total award of $32,073.30.

At Pensacola, Florida this 22nd day of June, 2010.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control**.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).