IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEE F. KENNEDY,
    Plaintiff,

vs.                                     CASE NO.: 3:08cv389/MCR/MD

MIKE ADKINSON,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 22, 2010. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.     The plaintiff's motion for entry of award of attorney's fees and legal expenses and incorporated memorandum of law (doc. 87) is GRANTED and an award of attorneys' fees in the amount of $30,638.25, costs in the amount of $1,435.05, for a total award of $32,073.30 is hereby awarded.

    DONE AND ORDERED this 26th day of July, 2010.

                                          *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **UNITED STATES DISTRICT JUDGE**